UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __21mj03309 O'Sullivan__

UNITED STATES OF AMERICA

vs.

GHEORGE CLAUDIU PAPARA,
    a/k/a "GHEORGHE CLAUDIU BOBU,"

    Defendant.
_____/

FILED BY ___ER___ D.C.

Jul 1, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    __No__

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __No__

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __No__

                Respectfully submitted,

                JUAN ANTONIO GONZALEZ
                ACTING UNITED STATES ATTORNEY

BY:    */s/ Hayden P. O'Byrne*
        HAYDEN P. O'BYRNE
        Assistant United States Attorney
        Fla. Bar No. 60024
        99 Northeast 4th Street
        Miami, Florida 33132
        Tel: (305) 961-9447
        Hayden.obyrne@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>GHEORGE CLAUDIU PAPARA<br>a/k/a "GHEORGHE CLAUDIU BOBU"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  21mj03309 O'Sullivan<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __5/17/19-6/23/21__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(2) | Access Device Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rene R. Rodriguez Jr. Special Agent U.S.S.S.
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: 7/1/2021

_____
*Judge's signature*

City and state: __Miami Florida__    John J. O'Sullivan, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rene R. Rodriguez Jr, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I, your Affiant, am a Special Agent of the United States Secret Service (USSS), and have been so employed since March 2019. I am currently assigned to the Transnational/International Investigations Squad in the Miami Field Office, and my duties include the investigation of crimes related to the financial infrastructure of the United States. I have received extensive training in the investigation of counterfeit currency, check fraud, bank fraud, access device fraud, and identity theft. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, GA. I am an investigative law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code, Section 3056.

2. This Affidavit is submitted in support of a criminal complaint against Gheorghe Claudiu Papara a/k/a Gheorghe Claudiu Bobu (PAPARA). As explained below, I respectfully submit that there is probable cause to believe that from on or about May 17, 2019 through on or about June 23, 2021, in Miami-Dade County, in the Southern district of Florida and elsewhere, PAPARA committed Access Device Fraud, in violation of Title 18, United States Code, Section 1029(a)(2), and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A.

3. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers, bank investigators, and other Special Agents with the United States Secret Service, involved in this investigation. I

have not included in this Affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest PAPARA for the violation described above.

## PROBABLE CAUSE

4. The United States Secret Service has been investigating PAPARA, since January 2019 in connection with an investigation into a foreign criminal organization which has compromised Visa cards issued by Merrill Lynch. Many of the victims in this scheme are customers from the United States who had their cards compromised after they used their cards at automatic teller machines ("ATMs") while vacationing in Mexico. As part of the scheme PAPARA uses counterfeit cards to withdraw cash from ATMs in and around South Florida. This investigation has identified over seventy-three (73) Visa cards that have been used as part of this scheme.

5. Law enforcement has worked with Merrill Lynch fraud investigators who have provided images from ATM and bank CCTV footage, along with associated account information. I have reviewed ATM CCTV footage of PAPARA making over five hundred fraudulent ATM transactions. PAPARA is seen withdrawing funds via numerous ATM terminals throughout the Southern District of Florida, including Miami-Dade County, and elsewhere, from victim accounts. To date, Merrill Lynch, has sustained a fraud loss in excess of $305,000.00 attributed directly to PAPARA.

6. For example, on May 17, 2019, PAPARA was seen on bank and ATM footage at approximately 0636 hours in Orlando, FL withdrawing $12,500.00 from victim S.N.'s account. S.N. subsequently reported the fraud to Merrill Lynch.

7. On October 7, 2020, I interviewed both S.N and S.N's spouse who was authorized to use the account via telephone, and both said they had never authorized any transactions of such amount and they both still had their VISA cards in their possession at the time of the fraud.

8. On July 8, 2019, PAPARA was seen on bank and ATM footage at approximately 0850 hours in North Miami Beach, FL withdrawing $12,000.00 from victim T.D.'s account. T.D. subsequently reported the fraud to Merrill Lynch.

9. On September 24, 2020, I interviewed T.D. via telephone, and she said she had never authorized any transactions of such amount and she still had her VISA card in her possession at the time of the fraud.

10. On July 22, 2019, PAPARA was seen on bank and ATM footage at approximately 0806 hours in North Miami Beach, FL withdrawing $5,000.00 from victim L.T.'s account. L.T. subsequently reported the fraud to Merrill Lynch.

11. On October 8, 2020, I interviewed L.T. via telephone, and L.T said he had never authorized any transactions of such amount and he still had his VISA card in his possession at the time of the fraud.

12. On September 12, 2019, PAPARA was seen on bank and ATM footage at approximately 1412 hours in North Miami Beach, FL withdrawing $7,500.00 from victim P.K.'s account. P.K. subsequently reported the fraud to Merrill Lynch.

13. On October 7, 2020, I interviewed P.K. via telephone, and P.K. said he had never authorized any transactions of such amount and he still had his VISA card in his possession at the time of the fraud.

14.     On December 17, 2019, PAPARA was seen on bank and ATM footage at approximately 1817 hours in North Miami Beach, FL withdrawing $5,000 from victim M.G.'s account. M.G. subsequently reported the fraud to Merrill Lynch.

15.     On September 24, 2020, I interviewed M.G. via cell phone, and M.G. said he had never authorized any transactions of such amount and he still had his VISA card in his possession at the time of the fraud.

16.     On March 1, 2020, PAPARA was seen on bank and ATM footage at approximately 0834 hours in North Miami Beach, FL withdrawing $7,500.00 from victim J.M.'s account. J.M. subsequently reported the fraud to Merrill Lynch.

17.     On September 24, 2020, I interviewed J.M. via telephone, and J.M. said he had never authorized any transactions of such amount and he still had his VISA card in his possession at the time of the fraud.

18.     I have confirmed that the person in the CCTV footage making withdraws in all of the above referenced transactions appears to be PAPARA. I am familiar with PAPARA as I have reviewed the images on his Romanian passport and Mexican driver's license which are attached to his residential lease, along with images of PAPARA in other databases. I have also conducted physical surveillance of PAPARA. For example, on June 24, 2021, I observed PAPARA driving to multiple banks and ATMs and making multiple withdraws. Specifically, at:

- 1453 - 1457 HRS, Bank of America (8078 NW 103rd St., Hialeah Gardens) - PAPARA was observed using both exterior walk-up ATMs.

- 1504 - 1512 HRS, Bank of America (2170 W 68th St., Hialeah, FL) - PAPARA was observed using both exterior walk-up ATMs.

- 1523 - 1530 HRS, Regions Bank (15330 NW 79th Ct., Miami Lakes, FL) - PAPARA was observed using the exterior walk-up ATM.

- 1531 - 1537 HRS, Bank of America (15400 NW 77th Ct., Hialeah, FL) - PAPARA was observed using one exterior walk-up ATM and counting cash as he returned to his vehicle.

- 1553 - 1559 HRS, Bank of America (6625 E Miami Lakes Dr., Miami Lakes, FL) - PAPARA was observed on foot using three drive-thru ATM's followed by one walk-up ATM (4 total).

- 1620-1624 HRS, PNC ATM (WAWA - 590 NE 167th St., Miami, FL) - PAPARA observed entering WAWA and using the ATM.

- 1639-1654 HRS, PAPARA was followed back to his apartment where he parked near the lobby, entered, and then departed the apartment shortly thereafter.

- 1728-1731 HRS, Bank of America (1108 Kane Concourse, Bay Harbor Islands, FL) - PAPARA was observed driving from his apartment, without deviation, to this location and using the exterior walk-up ATM.

- 1749 HRS, PAPARA was observed returning to the apartment.

19. Additionally, PAPARA has been seen on ATM CCTV footage approaching the ATM's while driving different vehicles to conduct fraudulent transactions. All the known vehicles utilized by PAPARA are leased from Enterprise Rent-A-Car and used to commit fraud. PAPARA rented these vehicles in the name of his alias "Gheorghe Claudiu Bobu."

20. On June 2, 2021, a tracker warrant was obtained (1:21-mj-03093-AOR) for the installation of a Global Positioning System (GPS) Tracker for PAPARA's rental vehicle, which was installed on June 4, 2021.

21. Continuing on June 4, 2021, the GPS vehicle tracker showed PAPARA's vehicle departing from his residence and traveling directly to the following Citibank locations without deviation:

- 1741 - 1803 HRS, Citibank (9525 Harding Ave., Surfside, FL).
- 1819 - 1829 HRS, Citibank (401 Arthur Godfrey Blvd., Miami Beach, FL)
- 1853 - 1902 HRS, Citibank (2001 Biscayne Blvd., Miami, FL)

22. A Citibank investigator subsequently confirmed, via CCTV video, that PAPARA made several transactions at the aforementioned three Citibank branches, within the above listed times, and the investigator saw him moving from one ATM terminal to a different ATM terminal at some of the same locations.

23. On June 5, 2021, PAPARA returned his rental vehicle and rented a different rental vehicle.

24. On June 15, 2021, a second tracker warrant was obtained (1:21-mj-03162 -Reid) for the installation of a GPS Tracker for PAPARA's then current rental vehicle a white Land Rover, which was installed on June 17, 2021.

25. From June 17, 2021 through June 24, 2021, the GPS vehicle tracker showed PAPARA's white Land Rover departing from his residence and traveling to the following financial institutions:

**June 17, 2021**

- 1518 - 1527 HRS, Citibank (3300 N Miami Ave., Miami, FL)
- 1533 - 1546 HRS, Citibank, (2001 Biscayne Blvd., Miami, FL)
- 1553 - 1556 HRS, Bank of America (5000 Biscayne Blvd., Miami, FL)
- 1709 - 1712 HRS, Bank of America (18305 Biscayne Blvd., Aventura, FL)

**June 18, 2021**

- 1940 - 1947 HRS, Bank of America (9949 NE 2 Ave., Miami Shores, FL)
- 1955 - 2004 HRS, Bank of America (990 NE 125th St., North Miami, FL)
- 2037 - 2043 HRS, Bank of America (18201 NE 19th Ave., North Miami Beach, FL)
- 2055 - 2105 HRS, Bank of America (801 E Hallandale Beach Blvd., Hallandale, FL)

**June 19, 2021**

- 1036 - 1041 HRS, Bank of America (125 178th St., Sunny Isles Beach, FL)
- 1052 - 1055 HRS, Bank of America (3900 S Ocean Dr., Hollywood, FL)
- 1056 - 1103 HRS, PNC Bank (2400 E. Hallandale Beach Blvd., Hallandale Beach, FL)
- 1117 - 1123 HRS, Bank of America (801 E. Hallandale Beach Blvd., Hallandale, FL)
- 1155 - 1200 HRS, Bank of America (1199 NE 163 St., North Miami Beach, FL)
- 1509 - 1518 HRS, PNC Bank (2711 NE 187 Ave., Aventura, FL)
- 1531- 1543 HRS, Bank of America (18201 NE 19 Ave., North Miami Beach, FL)

**June 20, 2019**

- 1732 - 1738 HRS, Bank of America (1199 NE 163 St., North Miami Beach, FL)
- 1758 - 1802 HRS, Bank of America (990 NE 125 St., North Miami, FL)
- 1832 - 1836 HRS, Bank of America (9499 NE 2 Ave., Miami Shores, FL)
- 1847 - 1849 HRS, Bank of America (5000 Biscayne Blvd., Miami, FL)
- 1929 - 1937 HRS, Bank of America (150 West Flagler St., Miami, FL)
- 1947 - 1954 HRS, Bank of America (2195 SW 8 St., Miami, FL)
- 1958 - 2004 HRS, Bank of America (300 NW 27 Ave., Miami, FL)
- 2009 - 2015 HRS, Bank of America (3899 NW 7 St., Miami, FL)
- 2022 - 2030 HRS, Bank of America (5350 West Flagler St., Miami, FL)

- 2044 - 2048 HRS, Bank of America (7760 West Flagler St., Miami, FL)
- 2059 - 2104 HRS, Bank of America (7400 NW 72 Ave., Medley, FL)
- 2112 - 2119 HRS, Bank of America (8078 NW 103 St., Hialeah Gardens, FL)

**June 21, 2021**

- 0645 - 0648 HRS, Bank of America (5000 Biscayne Blvd., Miami, FL)
- 0712 - 0718 HRS, Bank of America (990 NE 125th St., North Miami, FL)
- 0734 - 0738 HRS, Bank of America (1199 NE 163rd St., North Miami Beach, FL)
- 1357 - 1403 HRS, Bank of America (801 E Hallandale Beach Blvd., Hallandale, FL)
- 1410 - 1417 HRS, PNC Bank (1837 Tyler St., Hollywood, FL)
- 1425 - 1438 HRS, Bank of America (3801 Hollywood Blvd., Hollywood, FL)
- 1456 - 1504 HRS, Bank of America (851 SR-7, Hollywood, FL)
- 1526 - 1532 HRS, Bank of America (8398 Pines Blvd., Pembroke Pines, FL)
- 1537 - 1546 HRS, Bank of America (10050 Pines Blvd., Pembroke Pines, FL)
- 1600 - 1608 HRS, Bank of America (12300 Miramar Pkwy., Miramar, FL)
- 1616 - 1623 HRS, Bank of America (80 S Flamingo Rd., Pembroke Pines, FL)
- 1633 - 1637 HRS, Bank of America (11150 Taft St., Pembroke Pines, FL)
- 1713 - 1720 HRS, Bank of America (6300 Sterling Rd., Davie, FL)
- 1726 - 1729 HRS, Bank of America (2331 N 60th Ave., Hollywood, FL)

**June 22, 2021**

- 0730 - 0743 HRS, Bank of America (7474 Collins Ave., Miami Beach, FL)
- 0814 - 0818 HRS, Bank of America (3900 S Ocean Dr., Hollywood, FL)
- 0830 - 0835 HRS, Bank of America (801 E Hallandale Beach Blvd., Hallandale, FL)
- 0843 - 0849 HRS, Bank of America (19645 Biscayne Blvd., Aventura, FL)

- 1542 - 1555 HRS, Citibank (401 West 41st St, Arthur Godfrey Rd., Miami Beach, FL)
- 1614 - 1622 HRS, Citibank (2001 Biscayne Blvd., Miami, FL)
- 1719 - 1725 HRS, Bank of America (9190 Biscayne Blvd., Miami Shores, FL)

**June 23, 2021**

- 2145 - 2152 HRS, Bank of America (1199 NE 163rd St., North Miami Beach, FL)
- 2152 - 2200 HRS, TD Bank (1190 NE 163rd St., North Miami Beach, FL)

**June 24, 2021**

- 1207 - 1215 HRS, Bank of America (9499 NE 2nd Ave., Miami Shores, FL)
- 1242 - 1251 HRS, Citibank (2001 Biscayne Blvd., Miami, FL)
- 1306 - 1321 HRS, Bank of America (701 Brickell Ave., Miami, FL)

26. Law enforcement has obtained CCTV images of the June 22 & June 23, 2021 Bank of America withdrawals and confirmed that PAPARA made those withdraws. Law enforcement has also learned that during these transactions PAPARA withdrew $7,500 ($5,000 on one day, $2,500 another) from a Merrill Lynch account belonging to victim M.H.

27. On June 29, 2021, I interviewed M.H via telephone, and M.H. said he had never authorized any transactions of such amount and he still had his VISA card in his possession at the time of the fraud.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

28. Based on the above facts, I respectfully submit that there is probable cause to believe that there is probable cause to believe that from on or about May 17, 2019 through on or about June 23, 2021, in Miami-Dade County, in the Southern district of Florida and elsewhere, PAPARA committed Access Device Fraud, in violation of Title 18, United States Code, Section 1029(a)(2), Aggravated Identity Theft, in violation Title 18, United States Code, Section 1028A. Thus, your affiant respectfully requests that this Court issue an arrest warrant pursuant to Title 18, United States Code, Section 1028A, and Title 18, United States Code, Section 1029(a)(2).

FURTHER AFFIANT SAYETH NAUGHT

Respectfully submitted,

*Rene R. Rodriguez Jr*

RENE R. RODRIGUEZ JR, SPECIAL AGENT
UNITED STATES SECRET SERVICE

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by __Face Time__
on July __1st__, 2021

THE HONORABLE JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE